PROB 12A
(7/93)

# United States District Court

для the

## Eastern District of Washington

### Report on Offender Under Supervision
*(No Action Requested)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 25 2005

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

| | |
|---|---|
| Name of Offender: Anthony William Salinas | Case Number: 2:00CR00166-001 |

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Chief U.S. District Judge

| | |
|---|---|
| Date of Original Sentence: 2/20/2001 | Type of Supervision: Supervised Release |
| Original Offense: Sexual Abuse of a Minor, 18 U.S.C. § 2243Sexual Abuse of a Minor, 18 U.S.C. § 2243 | Date Supervision Commenced: 5/17/2002 |
| Original Sentence: Prison - 24 Months; TSR - 36 Months | Date Supervision Expires: 5/16/2005 |

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 26**: You shall abstain from the use of alcohol and illegal controlled substances, and shall submit to urinalysis testing, including Breathalyzer testing, as directed by the supervising probation officer.<br><br>**Supporting Evidence**: On April 19, 2005, during a polygraph examination, it was revealed that the defendant consumed marijuana recently. The undersigned officer met with Mr. Salinas on April 19, 2005, at which time he admitted to consuming marijuana on or about April 11, 2005. Additionally, the defendant signed the attached admission of drug use form. |

**U.S. Probation Officer Action**:

Mr. Salinas reported the consumption of marijuana that occurred on April 11, 2005, was a result of him being injured while working. Mr. Salinas was verbally reprimanded and his frequency of urinalysis testing was increased to weekly testing.

Prob12A
Re: Salinas, Anthony William
April 19, 2005
Page 2

The defendant's term of supervision is scheduled to expire on May 16, 2005. It was made very clear to Mr. Salinas by the undersigned officer that any future episodes of drug use prior to the expiration of the term of supervision will be brought to the Court's attention with the request for official action.

Respectfully submitted

by

Richard B. Law
U.S. Probation Officer
Date: April 19, 2005

[X] Court Concurs with Officer Action
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Fred Van Sickle
Signature of Judicial Officer

April 22, 2005
Date